IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:05CR3138 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| EMANUEL CARLOS CAMACHO, ) | |
| RANDY A. KNAUB, ) | |
| JEFFREY LEONARD ROMERO, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant Randy Knaub's Unopposed Motion to Continue Trial, filing 60. Being fully advised in the premises, and noting that the government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the trial, **as to the above defendants**, presently scheduled for April 3, 2006, shall be continued until June 12, 2006, at 9:00 a.m. The defendant is ordered to appear at said time.

IT IS FURTHER ORDERED that based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial. Further, that taking such action outweighs the best interests of the public and the defendants in a speedy trial. Accordingly, the date from March 17, 2006, until the date now scheduled for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 17th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge