IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 4:05CR3138
)
RANDY KNAUB, )
)
Defendant. )

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 23  AM 10: 37

OFFICE OF THE CLERK

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoenas *In Forma Pauperis*, the supporting Affidavit, Order and Subpoenas under seal.

DATED this 23rd day of August, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge