IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | 2006 NOV 13 PM 1: 20 |
| Plaintiff,        ) | OFFICE OF THE CLERK |
| v.        ) | Case No. 4:05CR3138 |
| RANDY KNAUB,        ) | |
| Defendant.        ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 118. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoenas *In Forma Pauperis*, the supporting Affidavit, Order and Subpoenas under seal. The Clerk shall provide copies of the documents to attorney John C. Vanderslice and the United States Marshal.

DATED this 13th day of November, 2006.

BY THE COURT:

_____
The Honorable Warren K. Urbom
Senior United States District Judge