IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| Plaintiffs,          ) | |
| )   | 4:05CR3138 |
| v.          ) | |
| ) | |
| RANDY A. KNAUB,          ) | |
| )   | TENTATIVE FINDINGS ON OBJECTION |
| Defendants.          )   | TO REVISED PRESENTENCE |
| )   | INVESTIGATION REPORT |
| ) | |

     The objection to the Revised Presentence Investigation Report is by defendant Knaub, who objects to the two-level increase for obstruction of justice and the paragraphs that account for this two-level increase.

     Resolution of this issue depends upon whether I make an independent decision that the defendant testified under oath, giving false testimony concerning a material matter with the willful intent to provide false testimony.  *United States v. Dunnigan*, 507 U.S. 87 (1993).  I expect to examine my notes of the trial, as well as a transcript of the trial, and address each element of the alleged perjury in a separate and clear finding for the purpose of determining whether there has been "an obstruction of, or impediment to, justice that encompasses all the factual predicates for a finding of perjury." *Id.* 507 U.S. 87, 95 (1993), and *U.S. v. Obdul-Aziz,* No. 06-3032 (8th Cir. May 29, 2007).  Counsels' arguments on the subject will be heard at the sentencing hearing.

     Dated June 4, 2007.

                                 BY THE COURT

                                 s/  Warren K. Urbom
                                 United States Senior District Judge